UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

DANIEL WADE GRANT                                            PLAINTIFF

v.                                CIVIL ACTION NO. 4:18CV-P8-JHM

DAVID CRAIG                                                 DEFENDANT

## MEMORANDUM OPINION

Plaintiff Daniel Wade Grant, an inmate at the Daviess County Detention Center, filed this *pro se* 42 U.S.C. § 1983 action alleging that Defendant David Craig subjected him to excessive force. By Memorandum Opinion and Order entered March 26, 2018 (DN 7), the Court conducted an initial screening of the complaint pursuant to 28 U.S.C. § 1915A and *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). Upon screening, the Court dismissed Plaintiff's claim against Defendant in his official capacity and ordered that Plaintiff may amend his complaint within 30 days to sue Defendant in his individual capacity. The Court warned Plaintiff as follows: "Plaintiff is WARNED that should he fail to file an amended complaint within 30 days, the Court will enter an Order dismissing the action for the reasons stated herein."

More than 30 days have passed, and Plaintiff did not file an amended complaint or take any other action in this matter. Because Plaintiff failed to file an amended complaint in the time allotted, the action will be dismissed for the reasons stated in the Court's March 26, 2018, Memorandum Opinion and Order. The Court will enter a separate Order of dismissal.

Date: May 1, 2018

                                                             Joseph H. McKinley, Jr., Chief Judge
                                                             United States District Court

cc:    Plaintiff, *pro se*
       Defendants
       General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
4414.010